IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTHOUR, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 09-03660 |
| v. | : | |
| CHILD AND YOUTH SERVICES, et al., | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 21st day of December, 2009, in accordance with the Memorandum filed this date, IT IS ORDERED as follows:

1. Plaintiffs shall file a complete amended complaint in accordance with Rules 8 and 10 of the Federal Rules of Civil Procedure ("F.R.C.P."), as specified in the Memorandum, within thirty (30) days of the date of this Order.

2. Upon filing a complete amended complaint, Plaintiffs shall serve a copy of the summons and amended complaint upon each named defendant within 120 days of filing the amended complaint, or the Court may dismiss this action for lack of prosecution, pursuant to F.R.C.P. 4(m).

3. Plaintiffs shall file with the Court proof of service of the complete amended complaint on each Defendant, pursuant to F.R.C.P. 4(l).

4. Upon filing a complete amended complaint, as specified in the Memorandum, Plaintiffs shall not file any further amended complaints without first obtaining permission from

this Court, pursuant to F.R.C.P. 15(2).

BY THE COURT:


 /s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.