IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTHOUR, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 09-03660 |
| v. | : | |
| CHILD AND YOUTH SERVICES, et al., | : | |
| Defendants. | : | |

# **ORDER**

AND NOW this 14th day of July, 2010, upon consideration of Defendants' Motions to Dismiss (Doc. Nos. 21, 28, 36, 38, and 50) and the responses of Plaintiff (Doc. Nos. 24, 33, and 39); and after a complete and independent review of the Amended Complaint and Exhibits (Doc. Nos. 10 and 14), it is ORDERED that the Motions to Dismiss (Doc. Nos. 21, 28, 36, 38, and 50) are GRANTED and Plaintiff's Amended Complaint is DISMISSED as to all Defendants.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.